**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**RODERICK DAMON BRIME,**
**DC # M85423,**

**Plaintiff,**

**v.** **Case No. 3:25-cv-00240-MMH-PDB**

**NICKOLAS LEON,**

**Defendant.**
_________________________________/

**<u>NOTICE OF SETTLEMENT</u>**

**All named defendant(s) in action** provide notice, through undersigned counsel, that Settlement has been reached in this case, and the documentation is currently being worked on. Defendant and Plaintiff require thirty (30) days in which to complete the required settlement documentation. Once the documentation is completed and the terms of the settlement are fulfilled, Plaintiff and Defendant will file a Joint Stipulation for Voluntary Dismissal of Plaintiff's claims against Defendant.

Respectfully submitted,

**JAMES UTHMEIER**
ATTORNEY GENERAL

*/s/ Claudia P. Humphrey*
Claudia P. Humphrey
Assistant Attorney General
Florida Bar No.: 1000350
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Claudia.Humphrey@myfloridalegal.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Notice of Settlement* was electronically filed with the Clerk of Court using CM/ECF on August 14, 2026, and will be furnished by U. S. Mail on August 14, 2026, to: Roderick Damon Brime, DC # M85423, Florida State Prison, Post Office Box 800, Raiford, FL 32083.

*/s/ Claudia P. Humphrey*
Claudia P. Humphrey